1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   HAYDEN C., A MINOR, BY AND      )  Case No.2:08-CV-03089-JAM-EFB
     THROUGH HER GUARDIAN AD LITEM,  )
12   TRACY C.,                       )
                                     )  RECUSAL ORDER
13                     Plaintiff,    )
                                     )
14        v.                         )
                                     )
15   WESTERN PLACER UNIFIED SCHOOL   )
     DISTRICT, and DOES 1 through 25,)
16                                   )
                       Defendants.   )
17   _____

18        It appearing to the undersigned, the judge to whom this case

19   is presently assigned for all purposes, that the provisions of

20   28 U.S.C. § 455 mandate the disqualification of the undersigned;

21        IT IS HEREBY ORDERED that:

22        1.   The undersigned recuses himself as the judge to whom this

23   case is assigned;

24        2.   All currently scheduled dates in the above-captioned

25   action are **VACATED**;

26        3.   The Clerk of the Court reassign this case to another

27   judge for all further proceedings, making appropriate adjustments

28   ///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  in the assignments of civil cases to compensate for such

2  reassignment;

3      4.  This case is REASSIGNED to the Honorable

4  Morrison C. England, Jr.  Henceforth the caption on all

5  documents filed in the reassigned case shall be 2:08-cv-3089 MCE

6  EFB; and

7      IT IS SO ORDERED.

8

9  Dated:  December 22, 2008.              /s/ John A. Mendez
                                        JOHN A. MENDEZ
10                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com