IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEN C., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, TRACY C.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN PLACER UNIFIED SCHOOL DISTRICT, AND DOES 1 THROUGH 25,<br><br>Defendants.<br>_____/ | Case No.: 2:08-CV-03089-MCE-EFB<br><br>ORDER APPOINTING GUARDIAN AD LITEM |

The Court having considered the Petition of Plaintiff Hayden C. for the appointment of Guardian Ad Litem for Plaintiff, a disabled minor, in the above-captioned action, and good cause appearing,

IT IS ORDERED that Tracy C. be appointed Guardian Ad Litem for Hayden C.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE