IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEN C., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, TRACY C.,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN PLACER UNIFIED SCHOOL DISTRICT, AND DOES 1 THROUGH 25,<br><br>    Defendants.<br>_____/ | Case No.: 2:08-CV-03089-MCE-EFB<br><br>ORDER ON ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM |

    The Administrative Motion to Proceed Under Pseudonym submitted by Plaintiff Hayden C., by and through her Guardian Ad Litem, Tracy C., came before this Court. Plaintiff's Administrative Motion to Proceed Under Pseudonym, the memorandum of points and authorities, and the Declaration of Counsel Bob N. Varma having been considered, and good cause appearing,

    IT IS ORDERED that Plaintiff and her Guardian Ad Litem may proceed under the pseudonyms "Hayden C.." and "Tracy C.," respectively.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE